# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JEANNE VAN DUZER LANG, et al.

*Plaintiff*

v.

PATIENTS OUT OF TIME, et al.

*Defendant*

Civil Action No. 3:20-cv-00615

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____ Patients Out of Time _____,
certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

## OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Dena B. Calo
Signature of Attorney

650 College Rd. East, Suite 400
Address

Princeton, New Jersey 08540
City/State/Zip

01/17/2020
Date