**SAUL EWING ARNSTEIN & LEHR LLP**
Dena B. Calo, Esq. (033791955)
650 College Road East, Suite 4000
Princeton, New Jersey 08540
Phone: (609) 452-3135
Fax: (609) 452-3122
Email: dena.calo@saul.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEANNE VAN DUZER LANG AND LARAMIE VAN DUZER SILBER<br><br>Plaintiff,<br><br>v.<br><br>PATIENTS OUT OF TIME, et al.<br><br>Defendants. | Civil Action No.: 3:20-cv-00615<br><br>**NOTICE OF MOTION**<br><br>(Filed Electronically) |

TO: Alan Silber, Esq.
      Andrew M. Kuntz, Esq.
      Pashman Stein Walder Hayden
      Court Plaza South
      21 Main Street, Suite 200
      Hackensack, NJ 07602
      Tel: 201.488.8200
      Fax: 201.488.5556
      ASilber@pashmanstein.com
      akuntz@pashmanstein.com
      *Attorney for Plaintiffs*

**PLEASE TAKE NOTICE** that on March 16, 2020, Defendants Patients Out of Time, Mary Lynn Mathre, Michael Aldrich, Denis Petro, Irvin Rosenfeld,

Melanie Dreher, Dustin Sulak and Elvy Musikka ("Defendants"), by way of the undersigned counsel, will move before the Honorable Michael A. Shipp, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, NJ 08608, for an Order dismissing the Complaint filed by Plaintiffs Jeanne Van Duzer Lang and Laramie Van Duzer Silber in its entirety pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), or to alternatively transfer venue to the Western District of Virginia pursuant to 28 U.S.C. § 1406(A). A proposed form of Order is attached to this Notice of Motion. The grounds for this motion are fully set forth in the accompanying brief in support of Defendants' Motion to Dismiss.

**SAUL EWING ARNSTEIN & LEHR LLP**

*/s/ Dena B. Calo*
Dena B. Calo, Esq. (033791955)
650 College Road East, Suite 4000
Princeton, New Jersey 08540
Phone: (609) 452-3135
Fax: (609) 452-3122
Email: dena.calo@saul.com

Lisa M. Koblin, Esq. (072142013)
1500 Market Street 38th Floor
Philadelphia, Pennsylvania 19102-2186
Phone: (215) 972-7896
Fax: (215) 972-4173
Email: lisa.koblin@saul.com

*Attorneys for Defendants*

Dated: February 21, 2020

| | |
|---|---|
| JEANNE VAN DUZER LANG AND LARAMIE VAN DUZER SILBER<br><br>Plaintiff,<br><br>v.<br><br>PATIENTS OUT OF TIME, et al.<br><br>Defendants. | Civil Action No.: 3:20-cv-00615<br><br>**CERTIFICATION OF SERVICE** |

      I hereby certify that on February 21, 2020, I electronically filed the foregoing **Defendants Patients Out of Time, Mary Lynn Mathre, Michael Aldrich, Denis Petro, Elvy Musikka, Irvin Rosenfeld, Melanie Dreher, And Dustin Sulak's Motion To Dismiss Plaintiffs' Complaint Pursuant To 12(B)(6) And 12(B)(2), Or To Alternatively Transfer Venue Pursuant To 28 U.S.C. § 1406(A)** with the United States District Court, District of New Jersey, through the CM/ECF system, and I further certify that the electronic filing of this document constitutes proper service on all counsel of record pursuant to Local Civil Rule 5.2.

      **SAUL EWING ARNSTEIN & LEHR LLP**

      */s/ Dena B. Calo*
      Dena B. Calo, Esq. (033791955)
      650 College Road East, Suite 4000
      Princeton, New Jersey 08540
      Phone: (609) 452-3135
      Fax: (609) 452-3122
      Email: dena.calo@saul.com

      Lisa M. Koblin, Esq. (072142013)
      1500 Market Street 38th Floor
      Philadelphia, Pennsylvania 19102-2186
      Phone: (215) 972-7896
      Fax:  (215) 972-4173
      Email: lisa.koblin@saul.com

      *Attorneys for Defendants*