# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **JEANNE VAN DUZER LANG, et al**<br>v.<br>**PATIENTS OUT OF TIME, et al.** | Action No: 3:20cv55<br>Date:   5/18/23<br>Judge:   Joel C. Hoppe, USMJ<br>Court Reporter:   Karen Dotson, Cisco Conference Manager<br>Deputy Clerk:   Karen Dotson |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Alan Silber | David W Thomas |
| Keith David McDonald | Christopher Janszky |
| | Denis Petro, pro se |

PROCEEDINGS:

Telephonic Motion Hearing:

All parties present by telephone

Doc #135 - MOTION for Protective Order Quashing Certain of Plaintiffs' Requests for Admission by MICHAEL ALDRICH, MELANIE DREHER, MARY LYNN MATHRE, PATIENTS OUT OF TIME, IRVIN ROSENFELD, DUSTIN SULAK

Parties argue motion

Parties argue discovery disputes

Court will issue an order

Time in Court: 11:05-12:23=1 hour and 18 minutes