CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
5/29/2024
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JEANNE VAN DUZER LANG, *et al.*, | CASE NO. 3:20-cv-00055 |
| *Plaintiffs*, | |
| v. | MEMORANDUM OPINION AND ORDER |
| PATIENTS OUT OF TIME, *et al.*, | |
| *Defendants*. | JUDGE NORMAN K. MOON |

**ORDER**

This matter comes before the Court on Plaintiffs Jeanne Van Duzer Lang and Laramie Van Duzer Silber's motion to reconsider. Dkt. 169. Previously, the Court took Plaintiffs' motion under advisement. Dkt. 184 at 5. However, in a notice filed by Plaintiffs on May 28, 2024, Plaintiffs now state that their "motion for reconsideration [is] moot." Dkt. 186. Accordingly, the Court hereby **DISMISSES** Plaintiffs' motion to reconsider. Dkt. 169.

It is so **ORDERED**.

The Clerk of Court is directed to send this Memorandum Opinion & Order to all counsel of record.

Entered this 29th day of May 2024.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE